# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARNOLD LORENZO PAIGE,** | : | CIVIL ACTION NO. 1:08-CV-0978 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **J. HOLTZAPPLE, UNITED STATES,** | : | |
| **OF AMERICA,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 20th day of November, 2009, upon consideration of plaintiff's motion for an enlargement of time to submit a certificate of merit (Doc. 51), it is hereby ORDERED that the motion is GRANTED. Plaintiff shall file a certificate of merit that complies with PA R. CIV. P. 1042.3 on or before December 1, 2009. Failure to do so will result in dismissal of the FTCA claim. There will be no further extensions of time granted.[1]

S/ Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge

---

[1] Plaintiff was initially ordered to file the certificate of merit by September 18, 2009. (Doc. 42). This is his third enlargement of time.