# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARNOLD LORENZO PAIGE**, | : | CIVIL ACTION NO. 1:08-CV-0978 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **J. HOLTZAPPLE, UNITED STATES,** **OF AMERICA**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of January, 2010, upon consideration of plaintiff's motion to compel (Doc. 55) filed on December 14, 2009, and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that the motion (Doc. 55) is deemed WITHDRAWN. See L.R. 7.5.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge